UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SRIMAL PRADEEP PRIYANKARA ABEYSINGHE HERATH MUDIYANSELAGE,

Petitioner,

v.

WARDEN CALIFORNIA CITY DETENTION FACILITY et al.,

Defendant.

No.  1:26-cv-02969-DAD-DMC

ORDER DIRECTING THE PARTIES TO SUBMIT SUPLLEMENTAL BRIEFING REGARDING THE PENDING MOTION FOR TEMPORARY RESTRAINING ORDER

On April 20, 2026, petitioner, proceeding through counsel, filed a motion for temporary restraining order seeking his immediate release from respondents' custody.  (Doc. No. 4.)  On April 23, 2026, counsel for respondents filed their opposition.  (Doc. No. 8.)  On April 24, 2026, petitioner filed a reply thereto.

The court has identified potentially persuasive authority and concludes that supplemental briefing from the parties addressing that authority is necessary.  Accordingly, the parties are directed to file supplemental briefing regarding the applicability to this case of the decisions in *Kalkan v. Chestnut*, No. 1:26-cv-02028-DAD-EFB, 2026 WL 788112, at *1 (E.D. Cal. Mar. 20, 2026); *Prior v. Andrews*, No. 1:25-cv-01131-JLT-EPG (HC), 2026 WL 698801, at *2–3 (E.D.

/////

1

Cal. Mar. 12, 2026); and *Gopie v. Lyons*, No. 25-cv-05229-SJB, 2025 WL 3167130, at *1 (E.D.N.Y. Nov. 13, 2025), by Friday, May 1, 2026 at 5 p.m.

    IT IS SO ORDERED.

Dated:   **April 29, 2026**                                  

DALE A. DROZD
UNITED STATES DISTRICT JUDGE