UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SRIMAL PRADEEP PRIYANKARA ABEYSINGHE HERATH MUDIYANSELAGE, A-242-314-944

Petitioner,

v.

WARDEN CALIFORNIA CITY DETENTION FACILITY et. al.,

Respondents.

No.  1:26-cv-02969-DAD-DMC-HC

ORDER

Petitioner, an immigration detainee who is proceeding with retained counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with a motion for temporary restraining order. See ECF Nos. 1 and 4. The District Judge denied the motion for temporary restraining order. See ECF No. 14. Pending before the Court is Petitioner's motion to amend the petition for writ of habeas corpus. See ECF No. 15. Petitioner filed the motion on May 7, 2026, and noticed the motion hearing for May 27, 2026. See id. In the pending motion, Petitioner indicates that Respondents oppose the motion. See id.

Pursuant to Local Rule 230 (g), the hearing set for May 27, 2026, will be vacated, to be reset at a later date if the Court determines that oral argument is necessary. In accordance with Rule 230, Respondents' opposition, or notice of non-opposition, is due on or before May 21,

1

2026, and Petitioner's reply, if any, is due on or before June 1, 2026.

In accordance with the above, IT IS HEREBY ORDERED that:

1.      The hearing set for May 27, 2026, is VACATED ;

2.      Respondents' opposition, or notice of non-opposition, to Petitioner's motion to amend, ECF No. 15, is due on or before May 21, 2026;

3.      Petitioner's reply to Respondents' opposition, if any, is due on or before June 1, 2026.

Dated:  May 20, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE